**No. 10-10130. Luis M. Diaz-Lopez, Petitioner v. United States.**

563 U.S. 1015, 131 S. Ct. 2918, 179 L. Ed. 2d 1259, 2011 U.S. LEXIS 3939.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 625 F.3d 1198.

**No. 10-10131. Jose De Paz-Flores, Petitioner v. United States.**

563 U.S. 1015, 131 S. Ct. 2919, 179 L. Ed. 2d 1259, 2011 U.S. LEXIS 4009.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 408 Fed. Appx. 839.

**No. 10-10134. Deangelo Sylvester Rivers, Petitioner v. United States.**

563 U.S. 1015, 131 S. Ct. 2919, 179 L. Ed. 2d 1259, 2011 U.S. LEXIS 3910.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 408 Fed. Appx. 661.

**No. 10-10136. Dale Schafer and Marion Fry, Petitioners v. United States.**

563 U.S. 1015, 131 S. Ct. 2919, 179 L. Ed. 2d 1259, 2011 U.S. LEXIS 3914.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 625 F.3d 629.

**No. 10-10144. Angelo L. Hambrick, aka Deangelo Hambrick, Petitioner v. United States.**

563 U.S. 1015, 131 S. Ct. 2919, 179 L. Ed. 2d 1259, 2011 U.S. LEXIS 3891.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 630 F.3d 742.

**No. 10-10145. Issac Lee Woods, et ux., Petitioners v. United States.**

563 U.S. 1015, 131 S. Ct. 2919, 179 L. Ed. 2d 1259, 2011 U.S. LEXIS 3878.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 395 Fed. Appx. 44.

**No. 10-10146. Ricardo Castaneda-Pineda, Petitioner v. United States.**

563 U.S. 1015, 131 S. Ct. 2919, 179 L. Ed. 2d 1259, 2011 U.S. LEXIS 3915.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.